FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 4 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CRIMINAL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:09-cr-320-TCB-GGB |
| JERRY CHESTER, DONNE | ) | |
| ZELLNER, GRANT DECATUR | ) | |
| ALLEN, JR., and GEORGE | ) | |
| WASHINGTON DUNN, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This matter is before the Court on the January 14, 2011 Report and Recommendation ("R&R") [188] issued by Magistrate Judge Gerrilyn G. Brill. The R&R addressed certain motions filed by Defendants Zellner and Allen. Defendant Zellner did not file any objections to the R&R, but Defendant Allen did file objections.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); *Williams v.*

*Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of an R&R to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has conducted a careful review of the R&R. Having done so, the Court finds that Judge Brill's factual and legal conclusions are correct and that the objections are without merit. Accordingly, the Court ADOPTS AS ITS ORDER Judge Brill's R&R [188].

IT IS SO ORDERED this 4th day of February, 2011.

Timothy C. Batten, Sr.
United States District Judge

2